Amy R. Lovegren-Tipton (SBN 258697)
**LAW OFFICE OF AMY R.**
**LOVEGREN-TIPTON, APLC**
5703 N. West Avenue, Suite 103
Fresno, California 93711
Telephone: (559) 421-9137
Facsimile: (559) 921-4333
Email: ATipton@TiptonLegal.com

Attorney for Plaintiff, JOSE GADDIS, an individual

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GADDIS, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> DEFENDER SECURITY COMPANY, a Nevada corporation; and Does 1 through 25, inclusive, <br><br> Defendants. | Case No.: 1:14-CV-01206---MJS <br><br> **OPPOSITION TO LENDEN WEBB'S ELECTRONIC SERVICE NOTICE AND ORDER THEREON** |

TO THE COURT, AND ALL ATTORNEYS OF RECORD, PLEASE TAKE NOTICE

THAT:

I, Amy R. Lovegren-Tipton, am the counsel of record for Plaintiff JOSE GADDIS in

the above-captioned matter. On March 4, 2015, JOSE GADDIS'S former attorney Lenden F.

Webb (SBN 258697) filed a Notice of Lien in this matter. On March 23, 2015, Attorney

Webb, who is not a party in the matter, and who no longer represents a party in the matter,

petitioned this court to remain on the court's electronic service list for this case, citing the

existence of his lien as the reason to be included on the service list. (See Document 19,

PROPOSED ORDER re Electronic Service Notice by Jose Gaddis. (Webb, Lenden), filed on

LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC
5703 N. West Avenue, Suite 103
Fresno, California 93711

1  March 23, 2015 at 10:01 am PDT. ["By virtue of this lien, I ask that the court continue to

2  keep my email address … on the electronic service list for this case."].)

3        Plaintiff JOSE GADDIS herein opposes his former attorney's request on the

4  grounds that, in California, the trial court in the underlying actions "has no jurisdiction to

5  determine the existence or validity of an attorney's lien on the judgment. [Citations]."

6  *Carroll v. Interstate Brands Corp.* (2002) 99 Cal.App.4th 1168, 1173 [121 Cal.Rptr.2d 532,

7  535].  Accordingly, since there is no established or validated lien on any recovery, then

8  Attorney Lenden Webb has "no right to intervene" in the case or otherwise make demands

9  on this court. *Hendricks v. Superior Court In and For City and County of San Francisco*

10  (1961) 197 Cal.App.2d 586, 589 [17 Cal.Rptr. 364].

11        Should Lenden Webb want to stay informed of the status of the matter, he only

12  need look on PACER.

13        Based on the foregoing legal authority, Plaintiff JOSE GADDIS respectfully

14  requests that this court deny former attorney Lenden Webb's request to remain on the

15  electronic service list.

16

17  Dated: March 24, 2015          **LAW OFFICE OF**
                                    **AMY R. LOVEGREN-TIPTON, APLC**

18

19                                 By:___/s/ Amy R. Lovegren-Tipton
                                        AMY R. LOVEGREN-TIPTON

20                                      Attorney for PLAINTIFF JOSE GADDIS

21

22

23

24

25

26

27

28

OPPOSITION TO LENDEN WEBB'S ELECTRONIC SERVICE NOTICE AND ORDER
THEREON

1

2                                        **ORDER**

3          Based on the foregoing, the Court ORDERS that Lenden Webb's petition to remain

4    on the electronic service list for this case be DENIED.

5

6                                   IT IS SO ORDERED

7

8    Dated:  March 25, 2015

9

10

11                                    Troy L. Nunley
                                      United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC
5703 N. West Avenue, Suite 103
Fresno, California 93711